AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| Jennifer Finley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:13-CV-909 |
| Western Penn Waxing, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Finley, Plaintiff

Date: June 27, 2013

*Attorney's signature*

Janice Q. Russell PA66036
*Printed name and bar number*

301 Grant Street
Suite 4300
Pittsburgh PA 15219
*Address*

janiceqrussell@yahoo.com
*E-mail address*

412-577-4007
*Telephone number*

724-939-7012
*FAX number*

Demo Version, http://www.verydoc.com and http://www.verypdf.com