IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER FINLEY, | ) | CIVIL ACTION NO. 13-909 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN PENN WAXING, LLC; EUROPEAN WAX CENTER FRANCHISE GROUP, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF THE PARTIES
## REGARDING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

The parties have stipulated that responsive pleadings to Plaintiff's Complaint shall be filed on or before August 13, 2013.

Respectfully submitted,

/s/P.J. Murray
P.J. Murray
Pa. ID. No. 53523
pmurray@dinsmore.com
Randal M. Whitlatch
Pa. ID No. 205815
randal.whitlatch@dinsmore.com
DINSMORE & SHOHL, LLP
Firm No. 732
One Oxford Centre
301 Grant Street, Suite 2800
Pittsburgh, PA  15219
412/281-5000 {telephone}
412/281-5055 {facsimile}

*Counsel for European Wax Center Franchise Group, Inc.*

159158v1